UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VILMA DEL CARMEN RUGAMAS,<br><br>Plaintiff,<br>v.<br><br>ANGELICA ALFONSO-ROYALS, et al.,<br><br>Defendants. | CASE NO. C25-1114-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO HOLD CASE IN ABEYANCE |

The matter comes before the Court on the parties' stipulated motion to hold case in abeyance. Dkt. No. 4. The Court finds good cause to stay the proceedings until November 17, 2025, to allow the parties time to reach a resolution. Accordingly, the motion is GRANTED. Dkt. No. 4. The parties shall file a joint status update on or before November 17, 2025.

Dated this 11th day of August, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO HOLD CASE IN ABEYANCE - 1